

CHAMBERS OF
MARK A. BARNETT
CHIEF JUDGE

UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278-0001

October 1, 2025

Via CM/ECF

Re:   Court Nos. 25-111, 25-113, 25-115, 25-116 (AD cases)
      Court Nos. 25-112, 25-114, 25-118, 25-120 (CVD cases)

Dear Counsel:

    The court is in receipt of Defendant's motions to stay proceedings in light of the lapse in appropriations filed in the above-referenced AD cases.

    The court will grant the motions. Additionally, because the CVD cases are currently governed by a common schedule, the court will also stay those proceedings.

    These proceedings are stayed until Congress appropriates funds for the U.S. Department of Justice and the agency responsible for the underlying determination to continue its work.

    No later than 10 days after the date on which Congress appropriates funds for the U.S. Department of Justice and the agency responsible for the underlying determination, Defendant shall file a joint status report proposing revised deadlines with the court.

    Despite the informal nature of this letter, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/     Mark A. Barnett
Mark A. Barnett, Chief Judge