**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE**

| | |
|---|---|
| USPLY LLC, ) <br> ) <br>           Plaintiff, ) <br> ) <br>  and ) <br> ) <br> VINCENT WOOD JOINT STOCK CO., *et al.*, ) <br> ) <br>         Consolidated Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> UNITED STATES, ) <br> ) <br>         Defendant, ) <br> ) <br>  and ) <br> ) <br> COALITION FOR FAIR TRADE IN ) <br> HARDWOOD PLYWOOD, ) <br> ) <br>         Defendant-Intervenor. ) <br> ) | Consol. Court No. 25-00111 |

**ORDER**

Upon consideration of the Consolidated Plaintiffs' Consent Motion for Extension of Time and Modification to the Scheduling Order, it is hereby:

**ORDERED** that Consolidated Plaintiffs' motion is granted; and it is further

**ORDERED** that the Scheduling Order is modified as follows:

| **FILING** | **DEADLINE** | **WORD LIMIT** |
|---|---|---|
| 1. USCIT Rule 56.2 Motions for Judgment on the Agency Record and Accompanying Briefs *to be filed by* Plaintiff and Consolidated Plaintiffs represented by The Inter-Global Trade Law Group, PPLC; and *to be filed by* Consolidated Plaintiffs represented by Mowry & Grimson, PLLC | May 11, 2026 | **14,000** – The Inter-Global Trade Law Group, PLLC<br><br>**14,000** – Mowry & Grimson, PLLC |
| 2. Response Brief of Defendant | August 18, 2026 | **25,000** |
| 3. Response Brief of Defendant-Intervenor | September 25, 2026 | **14,000** |
| 4. Reply Briefs *to be filed by* Plaintiff and Consolidated Plaintiffs represented by The Inter-Global Trade Law Group, PLLC; and *to be filed by* Consolidated Plaintiffs represented by Mowry & Grimson, PLLC | November 9, 2026 | **7,000** – The Inter-Global Trade Law Group, PLLC<br><br>**7,000** – Mowry & Grimson, PLLC |
| 5. Joint Appendix | November 23, 2026 | Not Applicable |
| 6. Motion for Oral Argument | December 7, 2026 | Not Applicable |

Further, briefs filed by Intervenor(s) should not repeat arguments made in earlier filed briefs. The provisions regarding the calculation and certification of the word count contained in the Standard Chambers Procedures shall govern except as otherwise indicated in this Order. The individual requirements set forth in this scheduling order will remain in effect unless explicitly and directly modified.

Date:_____, 2026

New York, New York

_____

Mark A. Barnett, Chief Judge

2

**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

**BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE**

|  |  |  |
|---|---|---|
| USPLY LLC, | ) | |
| Plaintiff, | ) | |
| and | ) | |
| VINCENT WOOD JOINT STOCK CO., *et al.*, | ) | |
| Consolidated Plaintiffs, | ) | |
| v. | ) | Consol. Court No. 25-00111 |
| UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD, | ) | |
| Defendant-Intervenor. | ) | |

## CONSOLIDATED PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME AND MODIFICATION TO THE SCHEDULING ORDER

Pursuant to Rule 6(b) and 7(b) of the Rules of this Court, Consolidated Plaintiffs Richmond International Forest Products, LLC ("Richmond") and Northwest Hardwoods, Inc. ("Northwest Hardwoods") respectfully request that this Court grant a 32-day extension of time until May 11, 2026 for all parties to file their respective Rule 56.2 motions for judgment on the agency record and accompanying briefs, and to extend all other remaining deadlines accordingly. See Scheduling

Order (Jan. 9, 2026), ECF No. 36.[1]  This is the parties' first request for an extension of this deadline. All parties consent to the requested extension of time.   The current and proposed amended deadlines are as follows:

| Event | Current Deadline | Requested Deadline |
|---|---|---|
| USCIT Rule 56.2 Motions for Judgment on the Agency Record and Accompanying Briefs *to be filed by* Plaintiff and Consolidated Plaintiffs represented by The Inter-Global Trade Law Group, PPLC; and *to be filed by* Consolidated Plaintiffs represented by Mowry & Grimson, PLLC | April 9, 2026 | May 11, 2026 |
| Response Brief of Defendant | July 17, 2026 | August 18, 2026 |
| Response Brief of Defendant-Intervenor | August 24, 2026 | September 25, 2026 |
| Reply Briefs *to be filed by* Plaintiff and Consolidated Plaintiffs represented by The Inter-Global Trade Law Group, PLLC; and *to be filed by* Consolidated Plaintiffs represented by Mowry & Grimson, PLLC | October 7, 2026 | November 9, 2026 |
| Joint Appendix | October 21, 2026 | November 23, 2026 |
| Motion for Oral Argument | November 5, 2026 | December 7, 2026 |

When a motion is made prior to a filing deadline, the Court may, for good cause, extend a deadline.  See USCIT Rule 6(b)(1)(A); see also USCIT Rule 16(b)(4). There is good cause for granting the motion for the requested extension in this case.  Since the issuance of the scheduling order, Defendant filed a motion seeking to amend the instructions issued to U.S. Customs and Border Protection with respect to the respondent Win Faith Limited, a change that may have an impact on the issues that Richmond and other parties may address in briefing.  See Def.'s Partial Consent Mot. for Leave to Correct Liquidation Instructions (Feb. 25, 2026), ECF No. 40; see also Consolidated Pls.' Resp. to Def.'s Mot. for Leave to Correct Liquidation Instructions (Mar. 16, 2026), ECF No. 41; Richmond Int'l Forest Products, LLC v. United States, CIT No. 25-116,

---

[1] Richmond and Northwest Hardwoods request a 32-day extension of time for the Rule 56.2 brief, as opposed to a 30-day extension, to avoid the deadline falling on a weekend.  All other remaining deadlines have been adjusted to ensure the deadline does not fall on a weekend.

Compl. at 15-16 (July 18, 2025), ECF No. 9.  The Court's pending ruling on Defendant's motion, therefore, has a direct bearing on the issues that need to be addressed in Richmond's Rule 56.2 motion for judgment on the agency record and accompanying brief.  Richmond respectfully requests that the deadline be extended so that it has the benefit of the Court's ruling on that issue before filing its motion for judgment on the agency record.

Further, since the issuance of the scheduling order on January 9, 2026, new deadlines have arisen for counsel for Richmond and Northwest Hardwoods that lead to this request for an additional period of time to file their opening brief.  For instance, counsel for Richmond and Northwest Hardwoods has conflicting deadlines to file motions for judgment on the agency record and accompanying briefs in CIT Case No. 25-158, JA Solar USA Inc. v. United States, on April 6, 2026, and in CIT Case No. 25-182, Centric Pipe LLC v. United States, on April 10, 2026.  Counsel for Richmond and Northwest Hardwoods has also been addressing urgent matters in its pending cases before the Court challenging the tariffs imposed under the International Emergency Economic Powers Act following the February 20, 2026, U.S. Supreme Court ruling in Learning Resources, Inc. v. Trump, No. 24-1287 (S. Ct. Feb. 20, 2026).

Further, counsel for Richmond and Northwest Hardwoods also faces conflicting deadlines for major submissions in the U.S. Department of Commerce's ongoing antidumping and countervailing duty reviews of certain crystalline silicon photovoltaic cells, whether or not assembled into modules from China.  Given these conflicts, counsel for Richmond and Northwest Hardwood requests an additional 32-days to finalize the parties' Rule 56.2 motions for judgment on the agency record and accompanying briefs and the remaining deadlines in this case.  This proposed extension will not prejudice Defendant or Defendant-Intervenor as they have consented to this motion.

All parties consent to this motion.  On March 30, 2026, counsel for Plaintiff USPLY LLC, Vivian J. Wang, consented to the motion via e-mail.  On March 30, 2026, counsel for Defendant United States, Sosun Bae, consented to the motion via e-mail but noted that "Defendant will likely need to seek an extension for its response due to workload conflicts with the proposed new due date for the response brief."  On March 31, 2026, counsel for Defendant-Intervenor, the Coalition for Fair Trade in Hardwood Plywood, Stephanie M. Bell, consented to the motion via e-mail.

For the forgoing reasons, Richmond and Northwest Hardwoods respectfully request that the Court grant this consent motion for a 32-day extension of time for all parties to file their Rule 56.2 motions for judgment on the agency record and accompanying briefs and the remaining deadlines in this case as set forth above.

Respectfully Submitted,

Dated: March 31, 2026

/s/ Jeffrey S. Grimson
Jeffrey S. Grimson
Jill A. Cramer
Bryan P. Cenko
Kavita Mohan
**Mowry & Grimson, PLLC**
5335 Wisconsin Avenue, NW, Suite 810
Washington, DC 20015
202-688-3610
*Counsel to Richmond International Forest Products, LLC and Northwest Hardwoods, Inc.*

4